15 MAG 3445    ORIGINAL

Approved: _____
ANDREW DeFILIPIS/SHAWN CROWLEY/GINA CASTELLANO
Assistant United States Attorneys

Before:   HONORABLE MICHAEL H. DOLINGER
          United States Magistrate Judge
          Southern District of New York

------------------------------ X
                               :  **COMPLAINT**   DOC # 1
UNITED STATES OF AMERICA       :
                               :  Violation of 21 U.S.C.
       - v. -                  :  § 846
                               :
DAVID ANTONIO CHAVEZ-RAMOS     :  COUNTY OF OFFENSE:
and ORAL WATSON,               :  NEW YORK
                               :
               Defendants.     :
                               :
------------------------------ X

SOUTHERN DISTRICT OF NEW YORK, ss.:

       DONALD E. WEUVE, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

                           COUNT ONE

       1.   On or about September 28, 2015, in the Southern District of New York and elsewhere, DAVID ANTONIO CHAVEZ-RAMOS and ORAL WATSON, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

       2.   It was a part and an object of the conspiracy that DAVID ANTONIO CHAVEZ-RAMOS and ORAL WATSON, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that DAVID ANTONIO CHAVEZ-RAMOS and ORAL WATSON, the defendants, conspired to distribute and possess with intent to distribute was 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

The bases for my knowledge and the foregoing charge are, in part, as follows:

4. I am a Special Agent with the DEA. I have been personally involved in the investigation of this matter. This Affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this Affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5. From my participation in this investigation, and my communications with other law enforcement agents, I have learned, among other things, that:

a. Since in or about February 2015, the DEA has been conducting an investigation of a drug trafficking organization (the "DTO") that is using commercial trucks to transport narcotics from the Western United States, including California, to the New York and New Jersey area. As part of its investigation of the DTO, the DEA has seized United States currency and multi-kilogram quantities of narcotics (including heroin and cocaine). Based on my involvement in this investigation, and interviews of other charged defendants who have worked for the DTO, I have learned that certain members of the DTO have resided and/or distributed narcotics in the New York City area, including, among other places, New York, New York.

b. In connection with the aforementioned investigation, on or about September 22, 2015, the Honorable Ronald L. Ellis, United States Magistrate Judge for the Southern District of New York, issued an order (the "September 22 Order")

authorizing the provision of, among other things, prospective location information for a cellphone used by an individual later identified as DAVID ANTONIO CHAVEZ-RAMOS, the defendant (the "Chavez-Ramos Cellphone").

    c. During the time period from on or about September 24, 2015 through on or about September 27, 2015, location information obtained pursuant to the September 22 Order indicated that the Chavez-Ramos Cellphone was located in California and subsequently traveled eastbound towards the New York/New Jersey area.

    d. On or about September 28, 2015, at approximately 12:15 a.m., information for the Chavez-Ramos Cellphone indicated that the Chavez-Ramos Cellphone was located in the vicinity of Marlton Pike Expressway and Birchwood Park Drive, in Cherry Hill, New Jersey ("Location-1").

    e. I and three other law enforcement agents ("Agent-1," "Agent-2," and "Agent-3") subsequently traveled to the vicinity of Location-1 to conduct surveillance (the "Surveillance").

    6. During the Surveillance, I and other law enforcement officers observed the following, in substance and in part:

    a. A white tractor trailer truck with a California license plate ("Truck-1") parked on the side of the road in the vicinity of Location-1.

    b. A short while later, Truck-1 entered a warehouse area and subsequently exited the warehouse area without the trailer attached.

    c. Truck-1, without the trailer attached, moved in a slow and cautious manor to the side of the road in the vicinity of Old Cuthbert Road and Park Road, in Cherry Hill, New Jersey ("Location-2").

    d. A grey Nissan Altima (the "Altima") moved in the vicinity of Location-2 and parked directly behind Truck-1 for approximately one minute.

    e. Truck-1 and the Altima began to drive away from Location-2.

7.      Other law enforcement agents and I then attempted to perform a traffic stop of both Truck-1 and the Altima in the vicinity of Location-2.

8.      Agent-1 and I stopped Truck-1 in the vicinity of Location-2. I then observed DAVID ANTONIO CHAVEZ-RAMOS, the defendant, located in the driver's seat of Truck-1.

9.      As Agent-2 and Agent-3 attempted to stop the Altima, I observed the Altima flee the vicinity of Location-2 at a high speed. I then learned from a radio transmission that a large backpack (the "Backpack") was thrown out of the window of the Altima as it fled the vicinity of Location-2. I immediately proceeded in the direction of the Altima and recovered the Backpack from the street.

10.     During the search of the Backpack, I recovered, among other things, five packages of a powdery substance. Based on my training and experience, I believe that each package weighs approximately one kilogram and that the powdery substance is methamphetamine. The packages were later field tested for the presence of narcotics and tested positive for the presence of methamphetamine.

11.     I then returned to the vicinity of Truck-1 and Agent-1. DAVID ANTONIO CHAVEZ-RAMOS, the defendant, provided oral consent for law enforcement personnel to search Truck-1. I then advised CHAVEZ-RAMOS of his *Miranda* rights. CHAVEZ-RAMOS provided a verbal waiver of his *Miranda* rights.[1] Thereafter, CHAVEZ-RAMOS stated to law enforcement agents, in substance and in part, the following:

a.      CHAVEZ-RAMOS had driven Truck-1 from California in order to deliver narcotics to various individuals in the New York and New Jersey area;

b.      An individual driving the Altima ("Indiviudal-1") picked up the Backpack from Truck-1 while Truck-1 and the Altima were parked in the vicinity of Location-2; and

c.      An undetermined amount of U.S. currency was hidden in a compartment in Truck-1.

---

[1] Chavez-Ramos subsequently provided written consent for law enforcement to search Truck-1 and provided a written waiver of his *Miranda* rights.

4

12. I then located and seized what appeared to be hundreds of thousands of dollars in U.S. currency, packed in 36 individually wrapped bundles.

13. Based on my conversations with Agent-2, I learned that Agent-2 and Agent-3 followed the Altima, which subsequently crashed near a wooded-area (the "Wooded Area"). Agent-2 observed Individual-1, later identified as ORAL WATSON, the defendant, exit the Altima and flee into the Wooded Area. WATSON was subsequently located in the Wooded Area and placed under arrest.

WHEREFORE, the deponent respectfully requests that DAVID ANTONIO CHAVEZ-RAMOS and ORAL WATSON, the defendants, be imprisoned, or bailed, as the case may be.

_____
DONALD WEUVE
Special Agent
Drug Enforcement Administration

Sworn to before me this
28th day of September, 2015.

_____
THE HONORABLE MICHAEL H. DOLINGER
United States Magistrate Judge
Southern District of New York